1
2
3
4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7  AMERICAN HALLMARK
   INSURANCE COMPANY OF                NO: 1:15-CV-3104-TOR
8  TEXAS, a Texas Corp.,
                                       ORDER GRANTING STIPULATED
9                    Plaintiff,        MOTION TO DISMISS

10        v.

11 KRAFF'S MEN'S WEAR CO., INC.,
   a Washington corporation; DANIEL P.
12 JOHNSON, a Washington resident;
   TRAVELERS CASUALTY
13 INSURANCE COMPANY OF
   AMERICA, a Connecticut corporation;
14 THE TRAVELERS INDEMNITY
   COMPANY, a Connecticut
15 corporation; THE CHARTER OAK
   FIRE INSURANCE COMPANY, a
16 Connecticut corporation;
   TRANSPORTATION INSURANCE
17 COMPANY, an Illinois corporation;
   CONTINENTAL CASUALTY
18 COMPANY, an Illinois corporation,

19                   Defendants.

20

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

1  BEFORE THE COURT is the parties' Stipulated Motion for Voluntary

2 Dismissal of Plaintiff's Claims Against Defendants Transportation Insurance

3 Company, Continental Casualty Company, and American Casualty Company of

4 Reading, Pennsylvania (ECF No. 44).  The parties agree to dismiss any and all

5 claims without prejudice and without fees or costs to either party, pursuant to

6 Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

7  ACCORDINGLY, IT IS HEREBY ORDERED:

8  1. The Stipulated Motion for Voluntary Dismissal of Plaintiff's Claims

9 Against Defendants Transportation Insurance Company, Continental Casualty

10 Company, and American Casualty Company of Reading, Pennsylvania (ECF No.

11 44) is **GRANTED**.

12  2. Subject to the agreement between Plaintiff American Hallmark

13 Insurance Company of Texas and Defendants Transportation Insurance Company,

14 Continental Casualty Company and American Casualty Company of Reading, PA,

15 all claims that have been asserted, or may be asserted against either party are

16 dismissed without prejudice and without fees or costs to either party.

17  3. This dismissal does not affect any remaining claims in this matter

18 including any other claims that have been brought by any other party against

19 defendants Transportation Insurance Company, Continental Casualty Company

20 and American Casualty Company of Reading, PA.

1     The District Court Executive is hereby directed to enter this Order and

2 furnish copies to counsel.

3     **DATED** September 16, 2015.



                      THOMAS O. RICE
                United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 3