UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas Corp., <br><br>   Plaintiff, <br><br>   v. <br><br> KRAFF'S MEN'S WEAR CO., INC., a Washington corporation; DANIEL P. JOHNSON, a Washington resident; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation; HARTFORD CASUALTY INSURANCE COMPANY, and PENDELTON WOOLEN MILLS, <br><br>   Defendants. | NO: 1:15-CV-3104-TOR <br><br> ORDER GRANTING STIPULATED MOTION TO DISMISS |

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

BEFORE THE COURT is the parties' Stipulated Motion for Voluntary Dismissal of Plaintiff's Claims Against Defendant Pendleton Woolen Mills (ECF No. 45). The parties agree to dismiss any and all claims without prejudice and without fees or costs to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The Stipulated Motion for Voluntary Dismissal of Plaintiff's Claims Against Defendant Pendleton Woolen Mills (ECF No. 45) is **GRANTED**.

2. Subject to the agreement between American Hallmark Insurance Company of Texas and Pendleton Woolen Mills, Pendleton Woolen Mills is bound by any coverage decision or ruling made by the Court as part of this action, and any and all claims that have been asserted, or may be asserted against either party are dismissed without prejudice and without fee of costs to either party.

The District Court Executive is hereby directed to enter this Order, terminate Defendant Pendleton Woolen Mills from this action, adjust the case caption accordingly, and furnish copies to counsel.

**DATED** September 16, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2