1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7   AMERICAN HALLMARK
    INSURANCE COMPANY OF
8   TEXAS, a Texas Corporation,

9                          Plaintiff,

10          v.

11  KRAFF'S MEN'S WEAR CO., INC.,
    a Washington corporation; et al.,
12
                           Defendants.
13

NO:  1:15-CV-3104-TOR

ORDER OF DISMISSAL AS TO
CERTAIN DEFENDANTS WITH
PREJUDICE

14          BEFORE THE COURT is the parties' Stipulated Motion for Voluntary

15  Dismissal of Plaintiff's Claims Against Defendants Transportation Insurance

16  Company, Continental Casualty Company, and American Casualty Company of

17  Reading, Pennsylvania (ECF No. 52).  The parties agree to dismiss any and all

18  claims they have asserted or may have against each other **with prejudice** and

19  without fees or costs to either party, pursuant to Federal Rule of Civil Procedure

20  41(a)(1)(A)(ii).

ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS WITH PREJUDICE ~ 1

ACCORDINGLY, IT IS HEREBY ORDERED:

1.      The Stipulated Motion for Voluntary Dismissal of Plaintiff's Claims Against Defendants Transportation Insurance Company, Continental Casualty Company, and American Casualty Company of Reading, Pennsylvania (ECF No. 52) is **GRANTED**.

2.      Subject to the agreement between Plaintiff American Hallmark Insurance Company of Texas and Defendants Transportation Insurance Company, Continental Casualty Company and American Casualty Company of Reading, PA, all claims that have been asserted, or may have against each other are dismissed **with prejudice** and without fees or costs to either party.

3.      This dismissal does not affect any remaining claims in this matter including any other claims that have been brought by any other party against defendants Transportation Insurance Company, Continental Casualty Company and American Casualty Company of Reading, PA.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** November 2, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS WITH PREJUDICE ~ 2