UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>KRAFF'S MEN'S WEAR CO., INC., a Washington corporation, et al.,<br><br>                    Defendants. | NO: 1:15-CV-3104-TOR<br><br>ORDER OF DISMISSAL AS TO DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY |

    BEFORE THE COURT is Plaintiff American Hallmark Insurance Company of Texas and Defendant Hartford Casualty Insurance Company's Joint Motion for Dismissal of All Claims between Plaintiff and Defendant Hartford (ECF No. 85). The motion was submitted for consideration without oral argument, there being no reason to delay, the hearing set for August 28, 2017 is vacated. Having reviewed the motion and the file therein, the Court is fully informed. The parties have

ORDER OF DISMISSAL AS TO DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY ~ 1

1  stipulated to the dismissal of all claims asserted, or that could have been asserted,

2  by and between Plaintiff and Defendant Hartford with prejudice and with each

3  party bearing its own attorney fees and costs.

4       **ACCORDINGLY, IT IS HEREBY ORDERED**:

5       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted, or that could

6  have been asserted, by and between Plaintiff and Defendant Hartford, are

7  **DISMISSED** with prejudice and with each party bearing its own attorney fees and

8  costs.

9       The District Court Executive is hereby directed to enter this Order, furnish a

10 copy to the parties and terminate Defendant Hartford from this matter.  The file

11 remains open.

12      **DATED** July 31, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL AS TO DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY ~ 2