UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas Corp.,<br><br>                     Plaintiff,<br><br>   v.<br><br>KRAFF'S MEN'S WEAR CO., INC., a Washington corporation, et al.,<br><br>                     Defendants. | NO: 1:15-CV-3104-TOR<br><br>ORDER GRANTING JOINT MOTION TO DISMISS; GRANTING MOTION TO EXPEDITE |

BEFORE THE COURT is the Kraff's Men's Wear Co., Inc., Daniel P. Johnson, Traveler's Casualty Insurance Company of America, The Travelers Indemnity Company, and Charter Oak Fire Insurance Company's Joint Motion for Dismissal (ECF No. 107) and a corresponding Motion to Expedite (ECF No. 112). The matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

ORDER GRANTING JOINT MOTION TO DISMISS;
GRANTING MOTION TO EXPEDITE ~ 1

For good cause shown, the Motion to Expedite (ECF No. 112) is **granted**. Pursuant to the parties' joint motion, the Motion to Dismiss (ECF No. 107) is **granted**. Any and all claims (whether asserted or whether they could have been asserted) by Kraff's Men's Wear, Daniel P. Johnson, Traveler's Casualty Insurance Company of America, The Travelers Indemnity Company, and Charter Oak Fire Insurance Company in relation to the claims at issue in this lawsuit or in the underlying lawsuit, titled *Pendleton Woolen Mills, Inc. v. Kraff's Men's Wear Co., Inc. et al.*, Case No. 3:14-CV-00628 (the "Pendleton Lawsuit") are **dismissed with prejudice and without fees or costs to any party**.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Parties' Joint Motion to Dismiss (ECF No. 107) is **GRANTED**.

2. The Parties' Motion to Expedite (ECF No. 112) is **GRANTED**.

The District Court Executive is hereby directed to enter this Order, terminate Defendant Kraff's Men's Wear Co. Inc. and Defendant Daniel P. Johnson from this action, adjust the case caption accordingly, and furnish copies to counsel.

**DATED** June 12, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING JOINT MOTION TO DISMISS;
GRANTING MOTION TO EXPEDITE ~ 2