# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation,<br>*Plaintiff*<br>v.<br>KRAFF'S MEN'S WEAR CO., INC., a Washington corporation, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:15-CV-3104-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED in its entirety with prejudice and without costs or fees awarded to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on the parties' Stipulated Motion to Dismiss with Prejudice. ECF No. 122.

Date: October 9, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry